UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARK IRWIN SHARFMAN, M.D., P.A.

       Plaintiff,

v.

PREMIER MEDICAL, INC.

       Defendant.
_____/

Case No. 6:20-cv-01278-WWB-LRH

## **FINAL MEDIATION REPORT**

In accordance with the parties' Notice of Mediation Conference [DE 23], An additional in-person mediation was held on February 25, 2022, at 9:00 a.m., where the parties conducted mediation settlement discussions. Plaintiff, MARK IRWIN SHARFMAN, M.D., P.A. attended with lead trial counsel.  Defendant, PREMIER MEDICAL, INC., attended with its corporate representative and lead trial counsel.

All parties participated in good faith.

The parties have reached a FULL SETTLEMENT of this matter.

Done February 25, 2022, in Tampa, Florida.

Respectfully submitted,

*/s/ Gregory P. Holder*
Gregory P. Holder, Esq., Mediator
Florida Bar No. 39326
607 W. Horatio Street
Tampa, Florida 33606
Telephone: (813) 773-5106
Facsimile: (727) 498-8902
Email: greg@zinoberdiana.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that February 25, 2022, I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record.

*/s/ Gregory P. Holder*
Gregory P. Holder, Esq., Mediator
