UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| MARC IRWIN SHARFMAN M.D., P.A., a Florida corporation, individually and as the representative of a class of similarly-situated persons,<br><br>　　　　　　Plaintiff,<br>v.<br><br>PREMIER MEDICAL, INC., a South Carolina corporation,<br><br>　　　　　　Defendant. | Civil Action No: 6:20-cv-01278 |

## NOTICE OF SETTLEMENT

Plaintiff, MARC IRWIN SHARFMAN M.D., P.A., hereby gives written notice pursuant to Local Rule 3.08 to the Court that the parties have reached a settlement in this case that will resolve all of the issues raised in this dispute and dispose of this entire action. The Parties anticipate filing a Joint Stipulation of Voluntary Dismissal once the settlement has been finalized, within the next sixty days.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　MARC IRWIN SHARFMAN M.D., P.A.,
　　　　　　　　　　　　　　　　individually and as the representative of a class
　　　　　　　　　　　　　　　　of similarly-situated persons

　　　　　　　　　　　　　　　　s/ Ryan M. Kelly
　　　　　　　　　　　　　　　　Ryan M. Kelly – FL Bar No.: 90110

>ANDERSON + WANCA
>3701 Algonquin Road, Suite 500
>Rolling Meadows, IL  60008
>Telephone: 847-368-1500
>rkelly@andersonwanca.com
>Email: rkelly@andersonwanca.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

>/s/ Ryan M. Kelly