UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARC IRWIN SHARFMAN, M.D., P.A.,

    Plaintiff,

v.      Case No. 6:20-cv-1278-WWB-LHP

PREMIER MEDICAL, INC.,

    Defendant.

## ORDER

The Court has been advised by the Final Mediation Report that the above-styled action has been completely settled. (Doc. 61 at 1).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. All pending motions are **DENIED as moot**. The Clerk is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida on February 28, 2022.

*/s/ Wendy W. Berger*
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record