# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| MARC IRWIN SHARFMAN M.D., P.A., a Florida corporation, individually and as the representative of a class of similarly-situated persons,<br><br>            Plaintiff,<br><br>v.<br><br>PREMIER MEDICAL, INC., a South Carolina corporation,<br><br>            Defendant. | Civil Action No: 6:20-cv-01278 |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, MARC IRWIN SHARFMAN M.D., P.A., and Defendant, PREMIER MEDICAL, INC., through their undersigned attorneys, hereby dismiss this action with prejudice as to Plaintiff's individual claims, without prejudice as to class allegations, each side to bear its own costs.

Respectfully submitted,

For Plaintiff:

/s/ Ryan M. Kelly
Ryan M. Kelly –Bar No. 90110

For Defendant:

/s/ Robert E. Burkett
Robert E. Burkett, Jr. - Bar No. 545074

ANDERSON + WANCA  
3701 Algonquin Rd., Suite 500  
Rolling Meadows, IL  60008  
Tele:  947-368-1500  
Email: rkelly@andersonwanca.com

BURKETT LAW OFFICE  
5237 Summerlin Commons Blvd.  
Fort Myers, FL  33907  
Tele:  239-275-2145  
Email: bobburkettlaw@gmail.com

William Hayes (*pro hac vice*)  
Attorney at Law  
257 Jackson St.  
Denver, CO  80206  
Email: sqhayes@aol.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2022, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

/s/ Ryan M. Kelly